■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY GOMEZ, Appellant. [746 NYS2d 609]

Since the defendant withdrew his request that the court charge sexual abuse in the third degree as a lesser-included offense, his contention regarding this issue is waived and unpreserved for appellate review (*see* CPL 470.05 [2]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80). Ritter, J.P., Feuerstein, Adams and Mastro, JJ., concur.